UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No: 3:11-CR-80(01) RM |
| ) | |
| DOUGLAS R. DIMOS ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on October 3, 2011 [Doc. No. 18]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Douglas Dimos' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  October 24, 2011 

                                             /s/ Robert L. Miller, Jr.  
                                            Judge  
                                            United States District Court